AVERY *v.* VILLAGE OF SARATOGA SPRINGS. — Motion for leave to go to the Court of Appeals denied.

NATIONAL BANK OF KINDERHOOK *v.* JOHN WILCOXSON. — Motion to correct order denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK *v.* EDWARD SIMONS. — Motion to set aside order denied.

KEARNEY *v.* VAN DYKE. — Motion to modify order denied, with ten dollars costs.

MARY R. E. GOODSPEED, *Appellant, v.* DAMON H. MEAD and others, *Respondents.* — Motion for reargument or to go to the Court of Appeals denied, with ten dollars costs.

ANN KLINE, *Respondent, v.* LUCY McDONNELL and others, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements.

WILLIAM H. HOLLISTER, JR., *as General Assignee, etc., Plaintiff, v.* HENRY R. RUSSELL, *Defendant.* — Order vacating order of arrest affirmed; the part imposing conditions reversed, with ten dollars costs and printing disbursements to defendant.

AARON RICHARDSON, *Appellant, v.* THOMAS B. MORROW, *Respondent.* — Order affirmed, with ten dollars costs and printing disbursements.—Mem. by BOARDMAN, J.; LEARNED, P. J., not acting.

PETER J. GARDNER and others, *as Executors, Respondents, v.* EMELINE MILLER, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and printing disbursements.

IN THE MATTER OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, *Appellant, v.* THEOPHILIA G. TOWNSEND, *Respondent.* — Order affirmed, with costs. Mem. by LEARNED, P. J.

SAME *v.* SAME. — Appeal from order denying motion to vacate stay. Order reversed and stay vacated.

EMORY A. CHASE and WILLIAM J. HUGHES, *as Executors, etc., Appellants, v.* WILLIAM BELDEN, *Respondent.* — Order reversed, with ten dollars costs and printing disbursements, without prejudice to renewal of motion on same or new papers.

ELIAS SMITH, *as Superintendent, etc., Plaintiff, v.* HIRAM W. BRUNDAGE and others, *Defendants.* — Motion for leave to go to the Court of Appeals denied.

IN THE MATTER OF BENJAMIN CASE, *Respondent, v.* ANDREW CAMPBELL, *Appellant.* — Order reversed, with costs. Mem. by LEARNED, P. J.

OLIVER PORTER, *Appellant, v.* WILLIAM A. ROBINSON and others, *Respondents.* — Motion for leave to go to the Court of Appeals denied.

WILLIAM HOLMES, *Respondent, v.* ELIAS H. DUNHAM, *Appellant.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.